Mark Shinderman (CA Bar No.136644)
Admitted *Pro Hac Vice*
Haig M. Maghakian (CA Bar No.221954)
Admitted *Pro Hac Vice*
MILBANK, TWEED, HADLEY & McCLOY LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

PROPOSED COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

Trey A. Monsour
Texas Bar No. 14277200
Frances A. Smith
Texas Bar No. 24033084
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

PROPOSED CO-COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 09-31828 (BJH)** |
| **IDEARC, INC.,** *et al.*, | § | |
| | § | **(Chapter 11)** |
| **Debtors.** | § | **(Jointly Administered)** |

**WITNESS AND EXHIBIT LIST OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR HEARINGS SCHEDULED JUNE 16, 2009**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The Official Committee of Unsecured Creditors (the *"Committee"*), files this Witness

and Exhibit List in connection with the hearings scheduled on June 16, 2009, in the above-

captioned chapter 11 cases.

**I.  WITNESSES**

The Committee reserves the right to call any or all of the following witnesses:

1.      Any witness necessary in connection with the *Application for an Entry of an Order Authorizing Employment and Retention of Miller Buckfire & Co., LLC as Financial Advisor and Investment Banker to the Official Committee of Unsecured Creditors* [Docket No. 336];

2.      Any rebuttal witnesses; and

3.      Any person designated as a witness by any other party.

## II. **EXHIBITS**

The Committee designates the following exhibits[1] that may be used at the hearings scheduled on June 16, 2009:

| Exhibit Number | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Affidavit of Lloyd A. Sprung in Support of Application to Employ and Retain Miller Buckfire & Co., LLC as Financial Advisor and Investment Banker for the Official Committee of Unsecured Creditors | | | | | | |
| 2. | Any exhibits designated by any other party | | | | | | |

---

[1] Each Exhibit includes all addenda, amendments, supplements, and attachments thereto.

DATED:  June 11 2009.

Respectfully Submitted,

MILBANK, TWEED, HADLEY & McCLOY LLP
Mark Shinderman
Admitted *Pro Hac Vice*
Haig Maghakian
Admitted *Pro Hac Vice*
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

Proposed Counsel for Official
Committee of Unsecured Creditors

HAYNES AND BOONE, LLP

  */s/ Trey Monsour*
Trey Monsour
Texas State Bar No. 14277200
Frances A. Smith
Texas State Bar No. 24033084
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

Proposed Co-Counsel for Official
Committee of Unsecured Creditors

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 11 2009, a true and correct copy of the foregoing document was served upon all parties on the attached Master Service List via e-mail or United States first class mail, postage prepaid, as indicated, in accordance with the Federal Rules of Bankruptcy Procedure and by e-mail upon the parties that receive notifications in this case pursuant to the Court's ECF system.

_/s/ Trey Monsour_
Trey Monsour

## MASTER SERVICE LIST
(as of June 4, 2009)

*VIA E-MAIL*

**Counsel for the Debtors**
Toby L. Gerber
Kristian W. Gluck
Ryan E. Manns
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
E-Mail:   tgerber@fulbright.com
kgluck@fulbright.com
rmanns@fulbright.com

**Counsel for the Debtors**
Berry D. Spears
Anna M. Mendez
Fulbright & Jaworski L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX 78701
E-Mail:   bspears@fulbright.com
amendez@fulbright.com

**Counsel for Administrative Agent**
Steven M. Fuhrman
Elisha D. Graff
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
E-Mail:   sfuhrman@stblaw.com
egraff@stblaw.com

**Texas Counsel for Administrative Agent**
Daniel C. Stewart
William Wallander
Rebecca Petereit
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
E-Mail:   dstewart@velaw.com
bwallander@velaw.com
rpetereit@velaw.com

Diana Jacobs
U.S. Bank National Association
1420 Fifth Avenue, 7th Floor
Seattle, WA 98101
E-Mail:   diana.jacobs@usbank.com

Rebwar Berzinji
Ahab Capital Management, Inc.
299 Park Avenue, 17th Floor
New York, NY 10171
E-Mail:   rb@ahabcap.com

Alex Zyngier
Smith Management LLC
885 Third Avenue
New York, NY 10022
E-Mail:   azyngier@smithnyc.com

Nate Schwartz
Techniservice
738 West Cypress Street
P.O. Box 817
Kennett Square, PA 19348
E-Mail:   nschwartz@techniservice.com

Patrick O'Neil
Communication Workers of America
35 Edes Road
Cumberland, ME 04021
E-Mail:   patrickeoneil@gmail.com

Dan Pevonka
RR Donnelley Credit Services
3075 Highland Parkway
Downers Grover, IL 60515
E-Mail:   dan.pevonka@rrd.com

**Counsel for Unsecured Creditors' Committee:**
Mark Shinderman
Haig M. Maghakian
Milbank, Tweed, Hadley & McCloy, LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
E-Mail:   mshinderman@milbank.com
hmaghakian@milbank.com

**Local Counsel for Unsecured Creditors' Committee:**
Trey Monsour
Frances Smith
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
E-Mail:   trey.monsour@haynesboone.com
            frances.smith@haynesboone.com

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 13430
Arlington, TX 76094
E-Mail:   arlbank@pbfcm.com

David McCarty
T. William Opdyke
Kyle J. Mathews
Sheppard Mullin
333 South Hope Street, 48th Floor
Los Angeles, CA 90071
E-Mail:   wopdyke@sheppardmullin.com
            dmccarty@sheppardmullin.com
            kmathews@sheppardmullin.com

Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
E-Mail:   dallas.bankruptcy@publicans.com

Paul M. Rosenblatt
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
E-Mail:   prosenblatt@kilpatrickstockton.com

Bruce Simon
Richard Seltzer
Joseph Vitale
Cohen, Weiss and Simon, LLP
330 West 42nd Street
New York, NY 10036
E-Mail:   bsimon@cwsny.com
            rseltzer@cwsny.com
            jvitale@cwsny.com

Sanford R. Denison
Baab & Denison, LLP
2777 N. Stemmons Freeway, Suite 1100
Dallas, TX 75207
E-Mail:   denison@baabdenison.com

Jeffrey R. Fine
Daniel I. Morenoff
K&L Gates LLP
1717  Main Street, Suite 2800
Dallas, TX 75201
E-Mail:   jeff.fine@klgates.com
            dan.morenoff@klgates.com

Jill Levi
David B. Rosenberg
Todd & Levi, LLP
444 Madison Avenue, Suite 1202
New York, NY 10022
E-Mail:   jlevi@toddlevi.com
            drosenberg@toddlevi.com

J. Scott Douglass
909 Fannin Street, Suite 1800
Houston, TX 77010
E-Mail:   jsdlaw@msn.com

William A. Frazell
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711
E-Mail:   bill.frazell@oag.state.tx.us

Scott E. Blakeley
Blakeley & Blakeley LLP
4685 MacArthur Court, Suite 421
Newport Beach, CA 92660
E-Mail:   seb@blakeleyllp.com

Bruce J. Ruzinsky
D. Elaine Conway
Jackson Walker L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX 77010
E-Mail:   bruzinsky@jw.com
            econway@jw.com

Robert G. Richardson
Heather M. Forrest
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202
E-Mail:    rrichardson@jw.com
           hforrest@jw.com

Scott K. Brown
Lewis and Roca LLP
40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
E-Mail:    sbrown@lrlaw.com

Sabrina L. Streusand
Streusand & Landon, LLP
515 Congress Avenue, Suite 2523
Austin, TX 78701
E-Mail:    streusand@streusandlandon.com

Stephen H. Gross
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165
E-Mail:    sgross@hodgsonruss.com

Hugh P. Hughes
P.O. Box 300
Sumterville, FL 33585
E-Mail:    hphughes@webtv.net

Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, 2nd Floor
New Haven, CT 06510
E-Mail:    charles@filardi-law.com

Scott A. McMillan
Evan Kalooky
The McMillan Law Firm, APC
4670 Nebo Drive, Suite 200
La Mesa, CA 91941
E-Mail:    scott@mcmillanlaw.us

Charles M. Kagay
Spiegel Liao & Kagay, LLP
388 Market Street, Suite 900
San Francisco, CA 94111
E-Mail:    cmk@slksf.com

Ronald M. Mapel
40 W. Twohig, Suite 213
San Angelo, TX 76903
E-Mail:    mapel@suddenlinkmail.com

Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 N. Central Expressway
Dallas, TX 75205
E-Mail:    sheehan@txschoollaw.com

David Sachs
Aronberg Goldgehn
330 N. Wabash Avenue, Suite 1700
Chicago, IL 60611
E-Mail:    dsachs@agdglaw.com

Timothy A. Bortz
U.S. Tax Agent, Bankruptcy Representative
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street, Room 203
Reading, PA 19602
E-Mail:    tbortz@state.pa.us

Luther Dickie Abel
408 South 4th Street
Gadsden, AL 35901
E-Mail:    famouslawyer182@aol.com

Elinor P. Smith
4931 S. Westshore Blvd.
Tampa, FL 33611
E-Mail:    elinorpsmitha@hotmail.com

Christopher R. Belmonte
Pamela A. Bosswick
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
E-Mail:    cbelmonte@ssbb.com
           pbosswick@ssbb.com

Laurie Babich
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, TX 75201
E-Mail:    laurie.d.babich@bakernet.com

Christine E. Devine
Mirick O'Connell DeMallie & Lougee, LLP
1700 West Park Drive
Westborough, MA 01581
E-Mail:   bankrupt@mirickoconnell.com
          cdevine@mirickoconnell.com

Alfredo R. Perez
Weil Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, TX 77002
E-Mail:   alfredo.perez@weil.com

Ramona Neal
Corporate Counsel
Hewlett-Packard Company
11311 Chinden Blvd.
Mailstop 314
Boise, ID 83714-0021
E-Mail:   Ramona.neal@hp.com

Ken Higman
Sr. Default & Recovery Analyst
Hewlett-Packard Company
2125 E. Katella Avenue, Suite 400
Anaheim, CA 92806
E-Mail:   ken.higman@hp.com

Dennis D. Miller
Stein & Lubin LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
E-Mail:   dmiller@steinlubin.com

Susan Mills Richmond
Lexow, Berbit & Associates, PC
P.O. Box 239
56 Park Avenue
Suffern, NY 10901
E-Mail:   lba@lexowberbit.com

Kim R. Lynch
Forman Holt Eliades & Ravin LLC
80 Route 4 East, Suite 290
Paramus, NJ 07652
E-Mail:   klynch@formanlaw.com

Paul B. Turner
Sutherland Asbill & Brennan LLP
Two Houston Center
919 Fannin, Suite 2200
Houston, TX 77010
E-Mail:   paul.turner@sutherland.com

Mark D. Sherrill
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
E-Mail:   mark.sherrill@sutherland.com

Joe E. Marshall
Jonathan L. Howell
Munsch Hardt Kopf & Harr, PC
500 N. Akard Street, Suite 3800
Dallas, TX 75201
E-Mail:   jmarshall@munsch.com
          jhowell@munsch.com

John R. Roberts
Belkys Escobar
One Harrison Street, S.E.
5th Floor, (MSC #6)
Leesburg, VA 20175
E-Mail:   belkys.escobar@loudoun.gov

Nicholas A. Foley
David Ellerbe
Neligan Foley LLP
325 N. St. Paul, Suite 3600
Dallas, TX 75201
E-Mail:   nfoley@neliganlaw.com
          dellerbe@neliganlaw.com

Mark E. Andrews
Aaron Kaufman
Cox Smith Matthews Incorporated
1201 Elm Street, Suite 3300
Dallas, TX 75270
E-Mail:   mandrews@coxsmith.com
          akaufman@coxsmith.com

*VIA FIRST CLASS MAIL*

**Debtors**
Idearc Inc.
Attn: Mr. Cody Wilbanks
2200 West Airfield Drive
P.O. Box 619810
DFW Airport, TX 75261

George F. McElreath
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711

Securities & Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604

U.S. Attorney, Northern District of Texas
Attn: James T. Jacks
1100 Commerce Street, Room 300
Dallas, TX 75242

IRS
1100 Commerce Street
MC 6610 DAL/Room 1021
Dallas, TX 75242

Charles A. Szybist
423 Mulberry Street
Willlamsport, PA 17701

Vicky Namken
IBM Corporation
13800 Diplomat Drive
Dallas, TX 75234

Hollie N. Hawn
Broward County Revenue Collection Div.
Bankruptcy and Litigation Section
Government Center Annex
115 S. Andrews Avenue
Fort Lauderdale, FL 33301

Man-Ling Kua, Tax Services Clerk I
L.A. County Treasurer and Tax Collector
P.O. Box 54110
Los Angeles, CA 90054

Angela Dodd
Securities and Exchange Commission
175 West Jackson Blvd., Suite 900
Chicago, IL 60604

Marvin T. Durvin
Durbin & Durbin, LLP
600 Rand Building
Buffalo, NY 14202

Richard J. Maseles
Special Assistant Attorney General
Missouri Department of Revenue
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65101