U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed September 15, 2009**                                    **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 09-31828 (BJH) |
| **IDEARC, INC.**, *et al.*, § | |
| § | (Chapter 11) |
| Debtors. § | (Jointly Administered) |

**ORDER UNDER 11 U.S.C. §§ 330, 331 AND 1103 AND FED. R. BANKR. P. 2014
AND 5002, AUTHORIZING RETENTION AND EMPLOYMENT OF QUINN
EMANUEL URQUHART OLIVER & HEDGES, LLP, AS SPECIAL COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
<u>IDEARC INC. ET AL., NUNC PRO TUNC TO JULY 14, 2009</u>**

Upon the application, dated July 28, 2009 (the "<u>Application</u>"), of the Official Committee of Unsecured Creditors (the "<u>Creditors' Committee</u>") of the Debtors in the above-captioned cases, for an order authorizing the Creditors' Committee *nunc pro tunc* to retain and employ Quinn Emanuel Urquhart Oliver & Hedges, LLP, effective as of July 14, 2009, as special counsel for the Creditors' Committee in the above-captioned cases, pursuant to section 1103(a)

03530.61653/3061902.2

of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and the Court having considered the Declaration of Susheel Kirpalani, dated July 28, 2009 (the "Kirpalani Declaration"), in connection with the Application; and due and sufficient notice of the Application having been given; and no adverse interest being affected; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Application is granted to the extent provided herein; and it is further

**ORDERED**, that the Creditors' Committee is authorized to retain and employ Quinn Emanuel Urquhart Oliver & Hedges, LLP, pursuant to section 1103(a) of the Bankruptcy Code, effective as of July 14, 2009, on the terms set forth in the Application and the Kirpalani Declaration; and it is further

**ORDERED**, that Quinn Emanuel Urquhart Oliver & Hedges, LLP, shall be compensated upon appropriate application in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Northern District of Texas, and orders of this Court, and pursuant to any additional procedures this Court deems appropriate; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # # END OF ORDER # # #

Order submitted by:
Trey A. Monsour
Texas State Bar No. 14277200
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219